IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 3:13-cv-1400-M (BF) |
| | § | |
| DARIAN BROUSSARD, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 21, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court, but the Court additionally awards under 28 U.S.C. § 1447(c) Plaintiff's costs and expenses, including reasonable attorney fees against the Defendants for improperly removing the case without just cause.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiff's Motion to Remand (Doc. 8) is GRANTED. Cause No. CC-11-08340-E is hereby REMANDED to County Court of Law No. 5, Dallas County, Texas. Defendants Darian Broussard and Tederal Jefferson are ordered to pay Plaintiff costs and expenses, including reasonable attorney fees incurred as a result of the removal. Plaintiff may submit to the Court within twenty-one (21) days evidence of its costs and expenses, including attorney fees. Defendants may respond within fourteen (14) days thereafter.

Defendants' Motion for Consolidation Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (Doc. 7) is DENIED.

**SO ORDERED** this 24th day of June, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS